# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sullivan, Richard J. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>08/24/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Columbia Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Federal Employees Pension Plan; pension upon age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 08/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Columbia Law School | $27,499.00 |
| 2. | 2016 | Matthew Bender & Co, Inc. (Book Royalties) | $1,948.45 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Weight Watchers North America, Inc. -- Wife's Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Insurance Litigation Section | 03/03-04/2016 | Tucson, AZ | Bar Association Panel | Transportation, Meals, Lodging |
| 2. | Stadium Generale Marcianum | 03/9-11/2016 | Venice, Italy | Moot Court Competition | Transportation, Meals, Lodging |
| 3. | University of Virginia Law School | 04/06-07/2016 | Charlottesville, VA | Law School Panel | Transportation, Meals, Lodging |
| 4. | Harvard Law School | 10/26-27/2016 | Cambridge, MA | Law School Panel and Class | Transportation, Meals, Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Richard J.** | 08/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | JPMorganChase Bank Accounts | A | Interest | J | T | | | | | |
| 2. | New York Community Bancorp Common Stock | D | Dividend | M | T | | | | | |
| 3. | JP Morgan 529 College Savings Acct #1 (H) | | | | | | | | | |
| 4. | -- JP Morgan Moderate Age Based Portfolio C (Age 13-14 Years) | A | Interest | K | T | | | | | |
| 5. | JP Morgan 529 College Savings Acct #2 (H) | | | | | | | | | |
| 6. | -- JP Morgan Moderate Age Based Portfolio C (Age 13-14 Years) | A | Interest | K | T | | | | | |
| 7. | JP Morgan 529 College Savings Acct #3 (H) | | | | | | | | | |
| 8. | -- JP Morgan Moderate Age Based Portfolio C (Age 6-9) | A | Interest | J | T | | | | | |
| 9. | Merrill Lynch Cash Management Account | A | Interest | K | T | Distributed (part) | 03/07/16 | N | | Transferred cash to Amex |
| 10. | American Express Cash Account | A | Interest | N | T | Open | 03/07/16 | N | | Transferred cash from MLCM |
| 11. | Merrill Lynch IRA - Matthews Asian Funds Pacific Tigers | A | Dividend | J | T | | | | | |
| 12. | Merrill Lynch IRA - Cohen & Steers Realty Shares | A | Dividend | | | Sold | 11/01/16 | K | B | |
| 13. | Merrill Lynch IRA - Loomis Sayles Bond Fund | A | Int./Div. | K | T | | | | | |
| 14. | Merrill Lynch IRA - BlackRock Global Allocation Fund (A) | A | Dividend | J | T | | | | | |
| 15. | Merrill Lynch IRA - Western Asset Management Core Bond Fund | B | Int./Div. | L | T | | | | | |
| 16. | Merrill Lynch IRA - AllianzGI International Value Fund | A | Dividend | K | T | | | | | |
| 17. | Merrill Lynch IRA - Oakmark International Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill Lynch IRA (Cash) | A | Dividend | J | T | | | | | |
| 19. Merrill Lynch IRA -- Cohen & Steers Real Estate Securities Fund | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 20. Merrill Lynch IRA -- I Shares Russell 1000 Growth Fund | A | Dividend | L | T | Buy | 01/05/16 | L | | |
| 21. Merrill Lynch IRA -- I Shares MSCI Emerging Markets Fund | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 22. Merrill Lynch IRA -- I shares Select Dividend Fund | D | Dividend | L | T | Buy | 01/05/16 | K | | |
| 23. Merrill Lynch IRA -- I Shares High Dividend Fund | B | Dividend | J | T | Buy | 01/05/16 | J | | |
| 24. Merrill Lynch IRA -- JP Morgan Undiscovered Mgrs BehavioralFund | B | Dividend | K | T | Buy | 06/08/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 08/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 08/24/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard J. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544